■ MAGNOLIA ENTERPRISES, INC., v. 1099 UNION AVENUE, INC., et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Breitel, J. P., Botein, Cox, Frank and Valente, JJ. [See 1 A D 2d 1005.]

■ RICHARD S. SILVER v. EDWARD M. SILVER.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Peck, P. J., Rabin, Cox, Frank and Valente, JJ. [See 1 A D 2d 1002.]

■ PAVIA & Co. S. P. A. et al., Appellants, v. SIEGEL CHEMICAL Co. INC., Defendant and Third-Party Plaintiff-Respondent. GREAT EASTERN PACKING & PAPER STOCK CORPORATION, Third-Party Defendant-Respondent.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Botein, J. P., Rabin, Cox and Frank, JJ. [See 1 A D 2d 655.]

■ In the Matter of GRACE MATHIEU, on Behalf of Herself and Other Tenants of 425 Riverside Drive, Appellant, against CHARLES ABRAMS, as State Rent Administrator, Respondent, and UNITED SECURITY CORPORATION, Intervenor-Respondent.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Peck, P. J., Rabin, Cox, Frank and Valente, JJ. [See 286 App. Div. 234.]

■ R & K CORPORATION v. KENMONT HAT Co., INC.— Motion for reargument denied, with $10 costs. Concur — Botein, J. P., Frank, Valente and Bergan, JJ. [See ante, p. 664.]

■ In the Matter of VERNA HAYNES, Appellant, against CHARLES ABRAMS, as State Rent Administrator, Respondent.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Peck, P. J., Breitel, Rabin, Cox and Frank, JJ. [See 1 A D 2d 583.]

■ TRANS WORLD AIRLINES, INC., Intervenor-Respondent, v. CURTISS-WRIGHT CORPORATION et al., Appellants, and LOCKHEED AIRCRAFT CORPORATION, Respondent, et al., Defendant.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, J. P., Rabin, Cox and Valente, JJ. [See ante, p. 666.]

■ TRANS WORLD AIRLINES, INC., Respondent, v. CURTISS-WRIGHT CORPORATION et al., Defendants and LOCKHEED AIRCRAFT CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, J. P., Rabin, Cox and Valente, JJ. [See ante, p. 666.]

■ YAHYA ARYEH v. UNITED STATES FINISHING Co.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Peck, P. J., Rabin, Cox, Frank and Valente, JJ. [See 1 A D 2d 1000.]

■ NEW YORK HOTEL TRADES COUNCIL AND HOTEL ASSOCIATION INSURANCE FUND et al., on Behalf of Themselves and All Other Owners and Holders of Group Insurance Policies, Similarly Situated, Appellants, et al., Plaintiffs, v. PRUDENTIAL INSURANCE COMPANY OF AMERICA et al., Respondents, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, J. P., Cox, Frank, Valente and Bergan, JJ. [See 1 A D 2d 952.]

■ JUNE L. WALZER, Plaintiff, and CELIA K. WALZER, as General Guardian of LYNN B. WALZER, Appellant, v. DANIEL WALZER, as Executor of and Trustee under the Will of MORRIS WALZER, Deceased, Respondent.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ. [See 1 A D 2d 482.]

■ SOPHIE S. HESS v. IRMA H. WARFMAN, Also Known as IRMA HESS.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Rabin, J. P., Cox, Valente and Bergan, JJ. [See ante, p. 672.]